THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Mark A. Johnson, State Bar No. 276753
markjohnson@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

JS-6

Attorneys for Plaintiffs DAVID HOPKINS and MELISSA HOPKINS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOPKINS AND MELISSA HOPKINS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive,<br><br>　　　　　Defendants, | Case No. CV 11-6292-JFW (PLAx)<br><br>[Action Commenced: July 29, 2011]<br><br>ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: April 13, 2012

_____
Honorable John F. Walter